

# NUMBER 13-22-00594-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE BAYSHORE ENERGY TX LLC AND ATLAS OPERATING LLC

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Order Per Curiam**

On December 20, 2022, relators Bayshore Energy TX LLC and Atlas Operating LLC filed a petition for writ of mandamus seeking to compel the trial court to vacate a December 19, 2022 order expunging a lis pendens and to reinstate the lis pendens. We request the real party in interest, VDA Solar Texas 1, LLC, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX.

R. App. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
21st day of December, 2022.